

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES CHIRDO,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 06-5523** |
| | : | |
| **MINERALS TECHNOLOGIES, INC.,** | : | |
| **and,** | : | |
| **SPECIALTY MINERALS, INC.,** | : | |
| **Defendants** | : | |

**FILED**

APR 21 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### O R D E R

    **AND NOW**, this _____ day of April, 2009, upon consideration of defendants' motion in limine to preclude evidence and testimony regarding succession planning and leadership training (Document #49), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

LAWRENCE F. STENGEL, J.

ENTERED

APR 21 2009

CLERK OF COURT