IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES CHIRDO,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 06-5523 |
| | : | |
| **MINERALS TECHNOLOGIES, INC.,** | : | |
| and, | : | |
| **SPECIALTY MINERALS, INC.,** | : | |
| Defendants | : | |

### O R D E R

**AND NOW**, this 22nd day of April, 2009, upon consideration of defendants' motion in limine to exclude alleged statement of Paul Saueracker (Document #45), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.