IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CHIRDO,<br>Plaintiff<br><br>v.<br><br>MINERALS TECHNOLOGIES, INC., and,<br>SPECIALTY MINERALS, INC.,<br>Defendants | : : : : : : : : : | CIVIL ACTION<br><br>NO. 06-5523 |

## ORDER

AND NOW, this 22nd day of April, 2009, upon consideration of defendants' motion in limine to exclude testimony and evidence from Louis Dizikes (Document #46), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

FILED
APR 23 2009
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk