IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES CHIRDO,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 06-5523 |
| | : | |
| **MINERALS TECHNOLOGIES, INC.,** | : | |
| and, | : | |
| **SPECIALTY MINERALS, INC.,** | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 23rd day of July, 2009, upon consideration of plaintiff's motion in limine for a spoliation charge and to exclude defendants' exhibits 10-39, 41, 42 and 61-66 (Document #66), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.